1

2

3

4

5

6

7              IN THE UNITED STATES DISTRICT COURT

8            FOR THE EASTERN DISTRICT OF CALIFORNIA

9   DANIEL A. NUTTALL,

10          Plaintiff,                    No. 2:12-cv-0588 DAD P

11      vs.

12   ANDY DUCH, et al.,

13          Defendants.                   ORDER FOR PAYMENT
                                 /        OF INMATE FILING FEE
14

15   To:  The Sheriff of Butte County, Attention: Jail/Sheriff Clerks, 33 County Center Drive,

16   Oroville, California 95965:

17          Plaintiff, a county jail inmate proceeding in forma pauperis, is obligated to pay the

18   statutory filing fee of $350.00 for this action.  Plaintiff is assessed an initial partial filing fee of

19   20 percent of the greater of (a) the average monthly deposits to plaintiff's trust account; or (b) the

20   average monthly balance in plaintiff's trust account for the 6-month period immediately

21   preceding the filing of this action.  28 U.S.C. § 1915(b)(1).  Upon payment of that initial partial

22   filing fee, plaintiff will be obligated to make monthly payments in the amount of twenty percent

23   of the preceding month's income credited to plaintiff's trust account.  The Butte County Sheriff

24   is required to send to the Clerk of the Court the initial partial filing fee and thereafter payments

25   from plaintiff's inmate trust account each time the amount in the account exceeds $10.00, until

26   the statutory filing fee of $350.00 is paid in full.  28 U.S.C. § 1915(b)(2).

1    Good cause appearing therefore, IT IS HEREBY ORDERED that:

2    1. The Sheriff of Butte County or a designee shall collect from plaintiff's inmate

3    trust account an initial partial filing fee in accordance with the provisions of 28 U.S.C. §

4    1915(b)(1) as set forth in this order and shall forward the amount to the Clerk of the Court.  The

5    payment shall be clearly identified by the name and number assigned to this action.

6    2. Thereafter, the Butte County Sheriff or a designee shall collect from plaintiff's

7    inmate trust account monthly payments from plaintiff's trust account in an amount equal to

8    twenty percent (20%) of the preceding month's income credited to the inmate's trust account and

9    forward payments to the Clerk of the Court each time the amount in the trust account exceeds

10   $10.00 in accordance with 28 U.S.C. § 1915(b)(2), until the $350.00 filing fee for this action has

11   been paid in full.  The payments shall be clearly identified by the name and number assigned to

12   this action.

13   3. The Clerk of the Court is directed to serve a copy of this order and a copy of

14   plaintiff's signed in forma pauperis affidavit on the Sheriff of Butte County, Attention:

15   Jail/Sheriff Clerks, 33 County Center Drive, Oroville, California 95965.

16   4. The Clerk of the Court is directed to serve a copy of this order on the Financial

17   Department of the court.

18   DATED: June 1, 2012.

19

20   _____
     DALE A. DROZD
21   UNITED STATES MAGISTRATE JUDGE

22

23   DAD:12:kly
     nutt0588.cdcbutte
24

25

26

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26