1

2

3

4

5

6

7

8                        IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   DANIEL ALLEN NUTTALL,

11           Plaintiff,                          No. 2:12-cv-0588 DAD P

12       vs.

13   BUTTE COUNTY PEACE
     OFFICERS, et al.,

14
             Defendants.                    ORDER TO SHOW CAUSE
15   _____/

16           Plaintiff is a former county jail inmate proceeding pro se with a civil rights action

17   pursuant to 42 U.S.C. § 1983.  Plaintiff, the only party to appear in this action, has consented to

18   proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  By an order

19   filed June 1, 2012, this court ordered plaintiff to complete and return to the court, within thirty

20   days, the USM-285 forms necessary to effect service on defendants.  That thirty day period has

21   since passed, and plaintiff has not responded in any way to the court's order.

22           Although it appears from the file that plaintiff's copy of the June 1, 2012 order

23   was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court

24   apprised of his current address at all times.  L.R. 182(f).  Pursuant to Local Rule 182(f), service

25   of documents at the record address of the party is fully effective.

26   /////

1

1        Good cause appearing, IT IS HEREBY ORDERED that within twenty days from

2   the date of this order plaintiff shall show cause in writing, if any he has, why this action should

3   not be dismissed without prejudice for failure to comply with the court's June 1, 2012 order.

4   Failure to respond to this order will result in the dismissal of this action without prejudice.  See

5   Fed. R. Civ. P. 41(b).

6   DATED: July 11, 2012.

7

8                                DALE A. DROZD

9                                UNITED STATES MAGISTRATE JUDGE

10  DAD:12
    nutt0588.osc

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26