IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DANIEL ALLEN NUTTALL,

    Plaintiff,                      No. 2:12-cv-0588 DAD P

    vs.

BUTTE COUNTY PEACE OFFICERS, et al.,

    Defendants.                ORDER TO SHOW CAUSE

        Plaintiff is a former county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  By an order filed June 1, 2012, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants.  That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        Although it appears from the file that plaintiff's copy of the June 1, 2012 order was returned, plaintiff was properly served.  It is the plaintiff's responsibility to keep the court apprised of his current address at all times.  L.R. 182(f).  Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

/////

1

      Good cause appearing, IT IS HEREBY ORDERED that within twenty days from the date of this order plaintiff shall show cause in writing, if any he has, why this action should not be dismissed without prejudice for failure to comply with the court's June 1, 2012 order. Failure to respond to this order will result in the dismissal of this action without prejudice. <u>See</u> Fed. R. Civ. P. 41(b).

DATED: July 11, 2012.

                                                /s/ Dale A. Drozd  
                                                DALE A. DROZD  
                                                UNITED STATES MAGISTRATE JUDGE

DAD:12  
nutt0588.osc