IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANIEL ALLEN NUTTALL, | | |
| Plaintiff, | No. 2:12-cv-0588 DAD P | |
| vs. | | |
| BUTTE COUNTY PEACE OFFICERS, et al., | | |
| Defendants. | ORDER | |
| _____/ | | |

      Plaintiff is a former county jail inmate proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c).  By an order filed June 1, 2012, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendants.  That thirty day period passed and plaintiff did not respond to the court's order.  For that reason, by order filed July 11, 2012, plaintiff was ordered to show cause in writing within twenty days why this action should not be dismissed without prejudice.  Plaintiff was cautioned that failure to comply with that order would result in the dismissal of this action without prejudice.  The twenty day period has since passed, and plaintiff has not responded in any way to the court's order to show cause

/////

1

1    Although it appears from the file that plaintiff's copies of the June 1, 2012 order
2 and the July 11, 2012 order to show cause were returned to the court as undeliverable, plaintiff
3 was properly served. It is the plaintiff's responsibility to keep the court apprised of his current
4 address at all times. L.R. 182(f). Pursuant to Local Rule 182(f), service of documents at the
5 record address of the party is fully effective.
6    Plaintiff has failed to keep the court apprised of his current address, and has failed
7 to respond to two orders of this court. For that reason, this action will be dismissed without
8 prejudice for lack of prosecution.
9    In accordance with the above, IT IS HEREBY ORDERED that this action is
10 dismissed without prejudice. See Fed. R. Civ. P. 41(b).
11 DATED: August 13, 2012.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

16 DAD:12
nutt0588.dm